AMERICAN ARBITRATION ASSOCIATION
COMMERCIAL ARBITRATION TRIBUNAL

In the Matter of Arbitration between

THOMAS CAMPBELL (Claimant)

And                                                         AWARD OF ARBITRATOR

REGIONS BANK,

(Respondent)

CASE NO. 30 104 Y 00573 05

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the above-named Parties and undersigned having earlier dismissed certain Respondent Parties originally named by Agreement of the Parties, the Arbitrator duly heard the proofs and allegations of the parties, and AWARDS as follows:

1. Claimant has asserted both equitable and legal claims against Respondent.[1] The Arbitrator agrees with Respondent that the equitable claims fail because the theories of recovery are inapplicable to the instant case and Claimant does not have the requisite "clean hands" to prevail on the equitable claims.

   Further, the Arbitrator is not persuaded by Claimant's legal claims and agrees with Respondent's defenses and theories of non-liability.[2]

   Accordingly, no award is made to Claimant on his claims in this arbitration.

---

[1] Claimant, a self-styled investment banker, who promotes through the internet, readily admitted at the hearing that he had lied under oath at his deposition. Also, his testimony about the origin of the $150,000 check at issue in this case was not convincing.

[2] Under no reasonable construction of the law cited by Claimant, including but not limited to the law urged by Claimant at the hearing, to wit:, Code of Ala. § 7-3-717 (Presentment Warranties) or the Rule of *Price v. Burr.*, 1354 (1762), can the Claimant recover in this case on the fraudulent $150,000 check.

2. On Respondent's counterclaim, since it was the drawee Nations Bank, whose mistaken oral advice to Respondent occasioned the advance by Respondent to Claimant, no award is made to Respondent on the counterclaim.

3. All other claims not expressly granted herein are hereby, Denied.

4. The attorney's fee of each party shall be borne by that party, as incurred.

5. The administrative fees and expenses of the American Arbitration Association totaling SEVENTY-ONE THOUSAND SEVEN HUNDRED DOLLARS AND NO CENTS ($71,700.00) and the compensation and expenses of the neutral Arbitrator totaling EIGHT THOUSAND FIVE HUNDRED SEVENTY-FIVE DOLLARS AND FORTY-SEVEN CENTS ($8,575.47) shall be borne as incurred.

This AWARD is in full settlement of all claims and counterclaims submitted to this arbitration.

SIGNED: _____   DATE: December 5, 2005
William F. Welch, Arbitrator

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Thomas W. Campbell, III,           )
                                   )
           Plaintiff,              )
                                   )
v.                                 )   CIVIL ACTION NO. CV 04-2090
                                   )
Regions Bank, Inc., et al.,        )
                                   )
           Defendants.             )
                                   )

## ORDER

The Court having considered the Defendant's Motion to Stay and Compel Arbitration, the submissions of the parties filed in favor of and in response to said motion, and the arguments of counsel presented on November 9, 2004, it is

**ORDERED, ADJUDGED, and DECREED** as follows:

1. The dispute between the parties that is the subject of this action must be resolved through binding arbitration under the expedited procedures of the Commercial Financial Disputes Arbitration Rules of the American Arbitration Association (AAA) and the Federal Arbitration Act in Title IX of the U.S. Code.

2. This action is hereby stayed and placed on the administrative docket pending notice of resolution by an arbitrator.

DONE this _____ day of November, 2004.

_____
TRUMAN M. HOBBS, JR.
Circuit Court Judge

cc:
Debra Taylor Lewis (LOA001)          Rodney Newman Caffey
Charles B. Paterson (PAT018)         200 South Hull Street
BALCH & BINGHAM LLP                  Suite 202
Post Office Box 78                   Montgomery, Alabama 36104
Montgomery, AL 36101-0078

150922.1

04-2090

| State of Alabama<br>Unified Judicial System | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>CV □□□□□□□□□□ |
|---|---|---|
| Form ARCivP-93   Rev. 5/99 | | Date of Filing: □□ □□ □□□□<br>Month Day Year   Judge Code: □□□□ |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _Montgomery County_, ALABAMA
(Name of County)

_Thomas W. Campbell, III_ v. _Regions Bank_
Plaintiff                                              Defendant

First Plaintiff:  ☐ Business  ☑ Individual    First Defendant:  ☑ Business  ☐ Individual
                 ☐ Government ☐ Other                           ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☑ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

FILED 2004 AUG -5 PM 1:36 CIRCUIT COURT OF MONTGOMERY COUNTY

**ORIGIN** (check one):  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
                          R ☐ REMANDED         T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:**  ☐ MONETARY AWARD REQUESTED   ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** CAF002     Date: _August 5, 2004_     Signature of Attorney/Party filing this form: _[signature]_

**MEDIATION REQUESTED:**  ☐ YES  ☑ NO  ☐ UNDECIDED