Cornell Law School

LII / Legal Information Institute

# U.S. Code collection

Prev | Next

TITLE 9 > CHAPTER 1 > § 10

## § 10. Same; vacation; grounds; rehearing

*Release date: 2005-05-25*

(a)  In any of the following cases the United States court in and for the district wherein the award was made may make an order vacating the award upon the application of any party to the arbitration—

    (1)  where the award was procured by corruption, fraud, or undue means;

    (2)  where there was evident partiality or corruption in the arbitrators, or either of them;

    (3)  where the arbitrators were guilty of misconduct in refusing to postpone the hearing, upon sufficient cause shown, or in refusing to hear evidence pertinent and material to the controversy; or of any other misbehavior by which the rights of any party have been prejudiced; or

    (4)  where the arbitrators exceeded their powers, or so imperfectly executed them that a mutual, final, and definite award upon the subject matter submitted was not made.

(b)  If an award is vacated and the time within which the agreement required the award to be made has not expired, the court may, in its discretion, direct a rehearing by the arbitrators.

(c)  The United States district court for the district wherein an award was made that was issued pursuant to section 580 of title 5 may make an order vacating the award upon the application of a person, other than a party to the arbitration, who is adversely affected or aggrieved by the award, if the use of arbitration or the award is clearly inconsistent with the factors set forth in section 572 of title 5.

*Search this title:*

Notes
Updates
Parallel authorities (CFR)
Your comments

Prev | Next

LII has no control over and does not endorse any external Internet site that contains links to or references LII.