IN THE UNITED STATES DISTRICT COURT    RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION    2006 MAR -1  A 11: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| THOMAS W. CAMPBELL, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | CASE NO.: |
| | * | 2:06CV 198-VPM |
| | * | |
| REGIONS BANK, ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## MOTION TO VACATE/REHEARING

**COMES NOW**, the Plaintiff Thomas W. Campbell, III, by and through his

undersigned counsel, and does hereby moves the Court to Vacate the Arbitrator's

judgment dated the 5th day of December 2005, and the awards entered thereon, and grant

the Plaintiff a Rehearing.

As grounds:

1. All parties stipulated at the final hearing to the Arbitrator's determination, that the

    Arbitrator would be the Uniform Commercial Code (UCC) expert, nevertheless

    (see attached) the Arbitrator's construction of the payor bank's acceptance by

    mistake or fraud, is in derogation of the Code of Ala. Sections 7-3- 428,717, and

    the rule of (Price v. Neal), Burr, 1354 (1762).


SCANNED
C/3s 30606

2. All parties agreed during the preliminary hearing that there would be a three-day final hearing, however at the final hearing, the Arbitrator prevented the Plaintiff from presenting his case in full, based on timing and financial considerations.

**WHEREFORE,** Plaintiff prays the Court Vacates the Arbitrator's Judgment, and grants the Plaintiff a Rehearing.

**Respectfully Submitted** on this the 1st day of March 2006.

Rodney Newman Caffey (CAF002)
Attorney for Plaintiff

ADDRESS OF COUNSEL:

P. O. Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310
Fax: (706) 216-4383

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the following by sending each a copy of same by first class U.S. mail, postage prepaid and properly addressed, on this the 1st day of March 2006:

William F. Welch, Arbitrator
2200 Century Parkway, Suite 300
Atlanta, GA 30345

Charles B. Paterson, Esq.              Marvin C. Harris
Balch & Bingham LLP                    LCC Case Manager
2 Dexter Avenue                        2200 Century Parkway, Suite 300
Montgomery, AL 36104                   Atlanta, GA 30345


Rodney Newman Caffey