IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -1  A II: 38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| THOMAS W. CAMPBELL, III, | * |
| Plaintiff, | * |
| v. | * CASE NO.: 2:06CV 198-VPM |
| REGIONS BANK, ET AL., | * |
| Defendants. | * |

## MOTION TO VACATE/REHEARING

**COMES NOW**, the Plaintiff Thomas W. Campbell, III, by and through his undersigned counsel, and does hereby moves the Court to Vacate the Arbitrator's judgment dated the 5th day of December 2005, and the awards entered thereon, and grant the Plaintiff a Rehearing.

As grounds:

1. All parties stipulated at the final hearing to the Arbitrator's determination, that the Arbitrator would be the Uniform Commercial Code (UCC) expert, nevertheless (see attached) the Arbitrator's construction of the payor bank's acceptance by mistake or fraud, is in derogation of the Code of Ala. Sections 7-3- 428,717, and the rule of (Price v. Neal), Burr, 1354 (1762).



SCANNED

2. All parties agreed during the preliminary hearing that there would be a three-day final hearing, however at the final hearing, the Arbitrator prevented the Plaintiff from presenting his case in full, based on timing and financial considerations.

**WHEREFORE,** Plaintiff prays the Court Vacates the Arbitrator's Judgment, and grants the Plaintiff a Rehearing.

**Respectfully Submitted** on this the 1st day of March 2006.

_____
Rodney Newman Caffey (CAF002)
Attorney for Plaintiff

ADDRESS OF COUNSEL:

P. O. Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310
Fax: (706) 216-4383

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the following by sending each a copy of same by first class U.S. mail, postage prepaid and properly addressed, on this the 1st day of March 2006:

William F. Welch, Arbitrator
2200 Century Parkway, Suite 300
Atlanta, GA 30345

Charles B. Paterson, Esq.  
Balch & Bingham LLP  
2 Dexter Avenue  
Montgomery, AL 36104

Marvin C. Harris  
LCC Case Manager  
2200 Century Parkway, Suite 300  
Atlanta, GA 30345

_____
Rodney Newman Caffey