IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS W. CAMPBELL, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGIONS BANK, ET AL., )<br>)<br>Defendants. ) | Case No.<br>2:06-cv-00198-VPM |

### MOTION TO DISMISS

Comes now Regions Bank, the Defendant in the above styled cause and moves the court to dismiss this action because (1) the Court lacks jurisdiction over the subject matter of this action; and (2) the Plaintiff fails to state a claim upon with relief can be granted as a matter of law. As grounds for this motion, Regions Bank shows to the Court as follows:

### I.   NO JURISDICTION

As appears from the Plaintiff's "Motion to Vacate/Rehearing" filed on March 1, 2006, the Plaintiff is seeking to invoke the jurisdiction of this Court to attack an Award of Arbitrator issued pursuant to the Federal Arbitration Act (FAA) by the American Arbitration Association on December 5, 2005. It is without dispute that Section 10 of the FAA, 9 U.S.C. §10, specifically sets forth grounds upon which an arbitration award may be vacated or modified. However, this section allowing federal district courts to vacate arbitration awards does not confer federal question subject matter jurisdiction to entertain an action to vacate an arbitration award. *See Perpetual SCC., Inc. v. Tang*, 290 F.3d 132, 136 (2d Cir. 2002). Accordingly, the Plaintiff cannot invoke federal question jurisdiction and is precluded from invoking diversity jurisdiction

166072.1

as it affirmatively appears from his underlying complaint filed in the Circuit Court of Montgomery County, Alabama that he is a resident of Montgomery, Alabama.

## II.   PLAINTIFF'S ACTION IS BARRED AS A MATTER OF LAW

The Plaintiff fails to state a claim as a matter of law. Code of Alabama, §6-5-440 completely bars this action by the Plaintiff as a matter of law. Simply put, the Plaintiff cannot prosecute this action to challenge the Award of Arbitrator dated December 5, 2005 because the Plaintiff has initiated the same action against the same Defendant challenging the same Award of Arbitrator in both the Circuit Court of Montgomery County, Alabama and the Supreme Court of Alabama. The Plaintiff seeks to challenge the Award of Arbitrator by the January 13, 2006 filing of a "Motion For a New Trial", Civil Action CV-04-0290 in the Circuit Court of Montgomery County, Alabama which remains pending before The Honorable Truman M. Hobbs, Jr. A copy of the Plaintiff's filings attacking the Award of Arbitrator in the Circuit Court of Montgomery County, Alabama is attached as Exhibit "A". Likewise, the Plaintiff has mounted the same challenge to the same Award of Arbitrator by the January 13, 2006 filing of a "Notice of Appeal" with the Court of Civil Appeals of Alabama. This appeal has been transferred by the Court of Civil Appeals of Alabama to the Supreme Court of Alabama where it remains pending as Case No. 1050592. A copy of the Plaintiff's filings with the Court of Civil Appeals of Alabama is attached as Exhibit "B". It is well established under Alabama Law that the Plaintiff cannot prosecute more than one action at the same time for the same cause against the same party. *Johnson v. Brown-Service Ins. Co.*, 293 Ala. 549, 307 So.2d 518 (1974); *Terrell v. City of Bessemer*, 406 So.2d 337 (Ala. 1981).

Defendant seeks sanctions and costs against the Plaintiff for the filing of this frivolous action in clear violation and disregard of Code of Alabama §6-5-440 and the federal statutes regarding jurisdiction.

166072.1                                                    2

Respectfully submitted this the 8th day of March, 2006.

/s/ Charles B. Paterson
Charles B. Paterson
Bar Number: ASB-1542-R73C
G. Lane Knight
Bar Number: ASB-6748-I72K
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: cpaterson@balch.com
E-mail: lknight@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 8th day of March, 2006:

Rodney N. Caffey
P.O. Box 2012
Montgomery, Alabama 36102

In addition, I hereby certify that I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants this the 8th day of March, 2006.

NONE

/s/ Charles B. Paterson
Charles B. Paterson
Bar Number: ASB-1542-R73C
G. Lane Knight
Bar Number: ASB-6748-I72K
Attorney for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: cpaterson@balch.com
E-mail: lknight@balch.com