# Exhibit "B"

| State of Alabama<br>Unified Judicial System<br><br>Form ARAP-1 (front)    Rev. 1/97 | **NOTICE OF APPEAL TO THE** (Check appropriate block)<br>☐ SUPREME COURT OF ALABAMA<br>☑ COURT OF CIVIL APPEALS OF ALABAMA | **Civil Action Number:**<br>CV - 04 - 2090<br>30 - 104 - y8052 |
|---|---|---|

## IN THE CIRCUIT COURT OF _Montgomery_ COUNTY, ALABAMA

**APPELLANT**
_Thomas W. Campbell, III_

v. **APPELLEE**
_Regions Bank_

**TRIAL JUDGE**
_Honorable Truman Hobbs (Arbitrator - William-Welch)_

| **DATE OF JUDGMENT:** _12/5/05_ | **DATE OF POST-JUDGMENT ORDER:** |
|---|---|

**NOTICE IS HEREBY GIVEN THAT** _Thomas W. Campbell, III_ appeal(s) to the above-named
court from the ☐ Final Judgment ☑ Order _Arbitrator Welch's_ entered in this cau
(describing it)

### CHECK THE PROPER DESCRIPTION OF THE APPEALED CASE UNDER THE APPROPRIATE COURT:

| **SUPREME COURT** | **COURT OF CIVIL APPEALS** |
|---|---|
| 1. ☐ Summary Judgment, amount claimed more than $ 50,000 | 1. ☐ Summary Judgment, amount claimed $50,000 or less |
| 2. ☐ Judgment Amount exceeds $50,000 | 2. ☐ Judgment Amount $50,000 or less |
| 3. ☐ Amount Sought in trial court more than $50,000, judgment for defendant | 3. ☐ Amount Sought $50,000 or less, judgment for defendant |
| 4. ☐ Equitable Relief, except for domestic relations | 4. ☐ Workmen's Compensation |
| 5. ☐ Other: _____ | 5. ☐ Domestic Relations |
| | 6. ☑ Other: _Arbitrator's Order_ |

**APPELLANT FILES WITH THIS NOTICE OF APPEAL:**
1. ☐ Security for costs of appeal
2. ☐ A supersedeas bond in the amount of $ _____
3. ☐ Deposited cash security in the amount of $ _____

4. ☐ Is exempted by law from giving security for costs of appeal
by virtue of _____

Filed _____
(Date)

Address _____

_____
Telephone Number

**CERTIFIED AS A TRUE COPY**

_____
Circuit Clerk

_____
Appellant or Attorney for Appellant

### SECURITY FOR COSTS

We hereby acknowledge ourselves security for costs of appeal. For the payment of all costs secured by this undertaking, we hereby waive ou
right of exemption as to personal property under the Constitution and laws of the State of Alabama.

Executed with our seals this _____ day of _____, _____.

Filed and approved: _____
(Date)

Appellant-principal _____    (L.

Surety _____    (L.

_____
Circuit Clerk
(Amended November 9, 1976; October 1, 1991.)

Surety _____    (L.

_2006 JAN 13 PM 3:48_

### SUPERSEDEAS BOND

We, the undersigned principal and sureties, hereby acknowledge ourselves bound unto _____
in the sum of _____ Dollars, for the payment of which we bind ourselves, and each other, our heirs,
executors, [( for amount of bond see Rule 8(a)] and administrators, jointly and severally, and as part of this undertaking we hereby waive our rights
exemption as to personal property under the Constitution and laws of the State of Alabama.

| Form ARAP-1 (back) | Rev. 1/97 | NOTICE OF APPEAL TO THE | ☐ Supreme Court of Alabama | ☑ Court of Civil Appeals of Alabama |

**WHEREAS,** the above-named appellee(s) recovered a judgment against appellant(s) for the sum of _____ Dolla

(and the further acts or duty _____ ) an

[describing judgment in addition to or other than for money only] _____ Dollars, the costs in that behalf expended.

**NOW, therefore,** the condition of the foregoing obligation is such that, if the appellant shall prosecute this appeal to effect, and satisfy su judgment, penalties, and costs, including costs of appeal as may be rendered in this case, then the said obligation to be null and void, otherwise to rema in full force and effect.

Executed with our seals this _____ day of _____ , _____

Filed and approved: _____

                **(Date)**                **Appellant-Principal** _____ {L.S

_____ {L.S

                            **Surety**

**Circuit Clerk** _____      **Surety** _____ {L.S

**EXECUTION OF JUDGMENT STAYED:**

Bond fixed at: $ _____

**(Not required for money judgment only.)**            **Circuit Judge**

## DESIGNATION OF RECORD ON APPEAL

**DESIGNATION OF CLERK'S RECORD:** Appellant requests the clerk of include the following checked materials in the clerk's record:

| | |
|---|---|
| 1. ☑ Complaint | 9. ☑ Entire record (less those items set forth in Rule 10(a)) |
| 2. ☑ Answer | 10. ☑ Motion for summary judgment |
| 3. ☑ Counterclaim | 11. ☑ Opposition to motion for summary judgment |
| 4. ☐ Cross-Claim | 12. ☑ Final (Judgment) (Order) |
| 5. ☐ Third-party Complaint | 13. ☑ Motion for New Trial |
| 6. ☐ Third-party Answer | 14. ☑ Ruling on Motion |
| 7. ☑ Motion to dismiss | 15. ☐ Others: _____ |
| 8. ☐ Pretrial order | 16. ☐ Exhibit Number: _____ |

## TRANSCRIPT STATUS

☑ Transcript will not be ordered. [See Rule 10(b), ARAP.]

☐ Transcript will be ordered. [See Rules 10(b)(2) and 11(a)(2), ARAP,
Form 1A or 1B.] Court reporter(s):

_____

_____

**NOTE:** If more than one court reporter was involved in this case, you must file a Transcript Purchase Order Form in compliance with Rules 10(b) and 11(c Form 1A or 1B of the ARAP, for each court reporter.
(Amended October 1, 1991.)

## CERTIFICATE OF FILING

I certify that I have this date filed with the clerk of the trial court the original and _____ copies of the foregoing notice of appeal (along wit $100 docket fee), and such other instruments as have been completed and included herein. A true copy of each of these items will be served by th clerk of the trial court on each of the following:

1) Clerk of the appellate court, (the $100 docket fee shall be transmitted with this filing).
2) Court Reporter.
3) Counsel for appellee, or appellee if no counsel.
   Name: _Charles B. Paterson (Balch + Bingham, LLC)_
   Address: _2 Dexter Avenue Montgomery AW 36104_

DATED this _13_ day of _January_ , _2006_

_____ (Rodney Newman Coffey) (Coffey
**Attorney for Appellant**

,Amended October 1, 1991.)

| State of Alabama<br>Unified Judicial System<br>Form ARAP-25 (front)     8/91 | DOCKETING STATEMENT<br>Appeal to the Court of Civil Appeals | Appellate Case Number<br>(to be filled in by appellate court) |
| --- | --- | --- |

**NOTE: COMPLETED CIVIL CASE COVER SHEET MUST BE ATTACHED**

| COUNTY<br>Montgomery | CIVIL ACTION NUMBER 2006<br>30-104-V-2003505 | TRIAL JUDGE<br>Honorable Truman Hobbs |
| --- | --- | --- |

**PARTY FILING APPEAL (Appellant):**

Thomas W. Campbell, III

**v.     PARTY APPEALED AGAINST (Appellee):**

Regions Bank

| APPELLANT'S ATTORNEY:<br>Rodney Newman Caffey | | Telephone Number<br>(334) 220-4310 |
| --- | --- | --- |
| Address<br>Post Office Box 2012 | City<br>Montgomery | State<br>AL     Zip Code<br>36102 |

| APPELLEE'S ATTORNEY:<br>Charles B. Paterson - Balch & Bingham, LLC | | Telephone Number<br>(334) 269-3143 |
| --- | --- | --- |
| Address<br>2 Dexter Avenue | City<br>Montgomery | State<br>AL     Zip Code<br>36104 |

**TYPE OF APPEAL:**     ☑ Appeal     ☐ Cross-Appeal

**JURISDICTION (TYPE OF CASE):** Please check the proper description of the appealed case:

A ☐ Summary Judgment, amount claimed equal to or less than $10,000
B ☐ Judgment Amount equal to or less than $10,000
C ☐ Amount Sought in trial court $10,000 or less, judgment for defendant
D ☐ Domestic Relations

E ☐ Workmen's Compensation
F ☐ Administrative Agency
G ☐ Juvenile
H ☑ Other: Arbitration Final Hearing

**JURISDICTION (FINALITY):** Date of entry of judgment appealed from: __12__ __5__ __05__
                                                                   Month     Day     Year

1. Is the order or judgment appealed from in compliance with Rule 58, A.R.Civ.P.?     ☑ Yes   ☐ No
2. Is the order or judgment appealed from a final judgment (i.e., does it dispose of the case as to all claims by all parties)?     ☑ Yes   ☐ No
3. If the judgment was not final, did the trial court direct the entry of a judgment pursuant to Rule 54(b), A.R.Civ.P.?     ☐ Yes   ☐ No  N/A
4. If judgment was entered pursuant to Rule 54(b), A.R.Civ.P., did the trial court expressly determine that there was no just reason for delay and expressly direct that judgment be entered?     ☐ Yes   ☐ No  N/A
5. If there is no final judgment or if there has not been full compliance with Rule 54(b), A.R.Civ.P., please explain the basis for seeking appellate review and cite the authority for the appeal:

_____ N/A _____
_____
_____

**POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rule 59.1, A.R.Civ.P.);

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
| --- | --- | --- | --- | --- | --- | --- |
| Month | Day | Year | | Month | Day | Year |
| 1 | 13 | 06 | Motion for New Trial | | | |
| | | | | | | |
| | | | | | | |

| Form ARAP- 25 (back)    8/91 | DOCKETING STATEMENT Appeal to the Court of Civil Appeals |
| --- | --- |

**CONSTITUTIONAL ISSUES:**   1. Are the provisions of Rule 44, A.R.App.P., applicable to this appeal?    ☐ Yes  ☑ No
2. If so, have the provisions been complied with?    ☐ Yes  ☐ No  N/A

**NATURE OF CASE ON APPEAL:**  In the left column of boxes preceeding the categories listed below, check the box (check only one) that best describes or categorizes the basis or theory of the primary issue on appeal. In the right column of boxes, check any secondary theories that are applicable to the suit. These topics need be checked only if the issues on appeal vary from the information supplied in the same columns on the civil case "cover sheet" filed in the trial court.

| TORTS - Personal Injury | TORTS - Property Damage | R ☐☐ REAL PROPERTY | Z ☐☐ Injunc. Other |
| --- | --- | --- | --- |
| A ☐☐ Bad Faith | J ☐☐ Personalty | S ☐☐ CIV RTS: Prisoner | 1 ☐☐ Extrord. Writ |
| B ☐☐ Fraud | K ☐☐ Realty | T ☐☐ CIV RTS: Other | 2 ☐☐ Other _____ |
| C ☐☐ Legal Malpractice | CONTRACTS | U ☐☐ Other _____ | |
| D ☐☐ Med. Malpractice | L ☐☐ Commercial | | STATUTES/RULES |
| E ☐☐ Other Malpractice | M ☐☐ Personal | EQUITY/Non-Damages Action | 3 ☐☐ Admin. Agency |
| F ☐☐ Products/AEMLD | N ☐☐ Pension | V ☐☐ Domestic Relations | 4 ☐☐ Term. Parental Rts. |
| G ☐☐ Gen. Negligence | O ☐☐ Insurance | W ☐☐ Declar. Judgment | 5 ☐☐ Workmen's Comp. |
| H ☐☐ Vehicular Negligence | P ☐☐ Employment | X ☐☐ Injunc. Commercial | 6 ☐☐ Wrongful Death |
| I ☑☐ Other _Malicious_ | Q ☐☑ Other _Bank's_ | Y ☐☐ Injunc. Employment | 7 ☐☐ Other: _____ |
| _Prosecution/False Imprisonmt_ | _Acceptance By Mistake of Pymt_ | | |

IF THE CASE WENT TO TRIAL, HOW MANY DAYS DID THE TRIAL TAKE?  _Three day Final Hearing was shortened by Arbitrator to one day_

BRIEFLY SUMMARIZE THE ISSUE(S) ON APPEAL. THIS INFORMATION IS FOR CASE PROCESSING AND STATISTICAL PURPOSES ONLY.

_The Arbitrator summarily shortened Three day final hearing to only one day, ostensibly for financial and/or timing reasons, which rendered the Plaintiff bereft of his day in Court._

_The Arbitrator stipulated to being the expert on the Uniform Commercial Code, yet misconstrued the common law holding of the Finality of Payment Rule as it relates to a bank's acceptance of a fraudulent payment by mistake._

WITHOUT ARGUMENT, BRIEFLY SUMMARIZE THE FACTS TO INFORM THE COURT OF THE NATURE OF THE CASE. THIS INFORMATION IS FOR CASE PROCESSING AND STATISTICAL PURPOSES ONLY.

_Plaintiff Thomas W. Campbell presented a check to Defendant Regions Bank, which unbeknownst to Plaintiff turned out to be fraudulent. Although Defendant Regions bank initially verified the check as good and payable, they subsequently filed criminal charges against the Plaintiff, which did not withstand a Grand Jury's inquisition._

**SETTLEMENT CONFERENCE:** The Court may require that this appeal be subject to a moderated settlement conference. Do you think the case on appeal would be appropriate for such a conference?  ☑ Yes  ☐ No
Explain: _The Plaintiff remains willing to discuss settlement of the case_

**FILING DATE OF NOTICE OF APPEAL:** ___1/13/06___

# STATE OF ALABAMA
# COURT OF CIVIL APPEALS

John H. Wilkerson, Jr.
Clerk

Ruby Crowe
Assistant Clerk



300 Dexter Avenue
Montgomery, AL  36104-3741

Phone  (334) 242-4093
Fax (334) 242-4017

February 7, 2006

**2050321**

Thomas w. Campbell, III v. Regions Bank  (Appeal from Montgomery Circuit Court: CV 04-2090)

## <u>TRANSFER NOTICE</u>

You are hereby notified that the following action was taken in the above cause:

Transferred to Supreme Court for lack of subject matter jurisdiction.

**John H. Wilkerson, Jr.**
**Clerk, Court of Civil Appeals**

2-7-06
44



# IN THE SUPREME COURT OF ALABAMA

February 9, 2006

**1050592**

Thomas W. Campbell, III v. Regions Bank  (Appeal from Montgomery Circuit Court: CV-04-2090).

### Notice

    This appeal, having been transferred from the Court of Civil Appeals to the Supreme Court, remains on the mediation docket and the stay, formerly issued by the Court of Civil Appeals, remains in effect pending further orders of this Court.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this _9th_ day of _February  2006_

*Robert D Esdale Sr*

**Clerk, Supreme Court of Alabama**

cc:
Hon. Truman M. Hobbs, Jr., Circuit Judge
Montgomery County Circuit Clerk's Office
Rodney Newman Caffey, Attorney
G. Lane Knight, Attorney
Charles B. Paterson, Attorney

/ld