IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS W. CAMPBELL, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV198-VPM |
| | )   [WO] |
| REGIONS BANK, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon reviewing the plaintiff's Motion to Vacate/Rehearing, filed on 1 March 2006 (Doc. # 1), and for good cause, it is ORDERED that, on or before 17 March 2006, the plaintiff shall show cause why this action should not be dismissed for lack of jurisdiction. The plaintiff has failed to allege any basis for federal jurisdiction in this case. His sole citation to legal authority is to a state of Alabama statute. The plaintiff is further DIRECTED to include in his response to this order the following information:

1. Whether he seeks a review in this court of the arbitrator's decision, and if so, all of his grounds (including federal jurisdiction) for doing so;

2. The process by which this case was referred to arbitration, i.e., an arbitration agreement, direction of the state court, independent decision by the parties, etc.;

3. The procedural basis upon which this court can or should grant a "rehearing" of the arbitrator's judgment of 5 December 2005;

4. The names and positions of the parties to the arbitration;

5. The name, address, and telephone number of the arbitrator;

6. A simple and brief statement of the issues which the arbitrator decided; and[1]

7. A simple and brief statement of the arbitrator's decision.[2]

DONE this 9th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1]The plaintiff should state the issues in his own words and should refrain from attaching any document or incorporating any document in response to this directive.

[2]The plaintiff should state the issues in his own words and should refrain from attaching any document or incorporating any document in response to this directive.