IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS W. CAMPBELL, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv198-VPM |
| | ) |
| REGIONS BANK, et al., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On 8 March 2006, the defendants filed a motion to dismiss in the above-styled case, and on 9 March 2006, the court, upon examining the complaint, directed the plaintiff to show cause by 17 March 2006 why this action should not be dismissed for lack of jurisdiction (Doc. # 4). Because the parties were notified of the assignment of this case to the Magistrate Judge and the right to request reassignment, and because an Answer is not due until the resolution of the pending motion, it is necessary for the parties to indicate their consent in writing to disposition of this case by a Magistrate Judge.

The motion is a dispositive motion, and cannot be resolved without the parties' written consent. The parties are advised that they may freely decline to consent without any adverse result in this court. Accordingly, it is

ORDERED that on or before 3 **April 2006,** each party shall complete and send to the Clerk of the Court the attached consent form or request that this case be assigned to a District Judge OR notify the Clerk if they decline to consent. The form should not be filed electronically with the Clerk, but should instead be mailed.

DONE this 15th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS W. CAMPBELL, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv198-VPM |
| | ) | |
| REGIONS BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____          _____
DATE                                                                SIGNATURE

                                                                    _____
                                                                    COUNSEL FOR (print name of all parties)

                                                                    _____
                                                                    ADDRESS, CITY, STATE, ZIP CODE

                                                                    _____
                                                                    TELEPHONE NUMBER

**\*\*\*  DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA

## EXPLANATION OF ASSIGNMENT TO
## UNITED STATES MAGISTRATE JUDGE

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.