IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 17  P 3: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| THOMAS W. CAMPBELL, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv198-VPM |
| | ) | |
| REGIONS BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

March 15, 2006
DATE

_Rodney Newman_ (by Esq.)
SIGNATURE

Thomas W. Campbell, III
COUNSEL FOR (print name of all parties)

P.O. Box 2012  Montgomery, AL  36102
ADDRESS, CITY, STATE, ZIP CODE

(334) 220-4310
TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

3