IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 16  A 11: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| THOMAS W. CAMPBELL, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv198-VPM |
| | ) |
| REGIONS BANK, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

March 16, 2006                              [signature]
DATE                                         SIGNATURE

Regions Bank
COUNSEL FOR (print name of all parties)
Balch & Bingham LLP
P.O. Box 78
Montgomery, Alabama 36101-0078
ADDRESS, CITY, STATE, ZIP CODE

(334)834-6500
TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

3