IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAR 17 P 3: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| THOMAS W. CAMPBELL, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | CASE NO.: 2:06CV198-VPM |
| | * | |
| | * | |
| REGIONS BANK, ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER/WITHDRAWAL OF MOTION TO VACATE/REHEARING

**COMES NOW,** the Plaintiff Thomas W. Campbell, III, by and through his undersigned counsel, and does hereby respond to the Court's Order to Show Cause, by withdrawing the Motion to Vacate/Rehearing, without prejudice.

1. The Plaintiff presently does not seek review in this Court of the Arbitrator's decision. Plaintiff initially sought review in this Court, to be in compliance with 9 U.S.C. Section 12, which states that notice of a motion to vacate an award must be served upon the adverse party within three months after the award is filed or delivered. In the event that the Alabama Supreme Court would determine that subject matter jurisdiction was proper in the federal courts, based on 28 U.S.C.

Section 1331, and/or the Arbitrator's manifest disregard for the federal Uniform

Commercial Code, the Plaintiff did not want to be bereft of a forum for his action.

2. This case was originally brought in the Montgomery County Circuit Court,

   because the parties had previously consented to an arbitration agreement, the state

   court directed the case to federal arbitration.

3. The procedural basis, upon which this Court could grant a rehearing, would occur

   pursuant to 9 U.S.C. Section 10a(5), if the Supreme Court of Alabama concedes

   jurisdiction to the federal courts.

4. Thomas W. Campbell, III, Plaintiff;   Regions Bank, Defendant,    Marvin C.

   Harris, LCC Case Manager, American Arbitration Association.

5.  William F. Welch, c/o American Arbitration Association, 2200 Century Parkway,

   Suite 300, Atlanta, GA 30345, (404) 325-0101.

6. The Arbitrator decided the following issues: Constructive Trust, Assumpsit-

   Money Had and Received, Conversion, Payment or Acceptance by Mistake,

   Payor Bank's Responsibility for Late Return of Item, Malicious Prosecution, and

   False Imprisonment, as it related to a check deposited by Plaintiff in Defendant's

   bank that subsequently was determined as fraudulent, which was unbeknownst to

   the Plaintiff at all times.

7. The Arbitrator stated in his ruling that he is not persuaded by Plaintiff's legal

   claims and agrees with Defendant's defenses and theories of non-liability.


   **WHEREFORE,** Plaintiff withdraws the Motion to Vacate/Rehearing, without

prejudice.

**Respectfully Submitted** on this the 17th day of March 2006.

Rodney Newman Caffey (CAF002)
Attorney for Plaintiff

ADDRESS OF COUNSEL:

P. O. Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310
Fax: (706) 216-4383

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the

following by sending each a copy of same by first class U.S. mail, postage prepaid and

properly addressed, on this the 17th day of March 2006:

**William F. Welch, Arbitrator**
**2200 Century Parkway, Suite 300**
**Atlanta, GA 30345**

| | |
|---|---|
| **Charles B. Paterson, Esq.** | **Marvin C. Harris** |
| **Balch & Bingham LLP** | **LCC Case Manager** |
| **2 Dexter Avenue** | **2200 Century Parkway, Suite 300** |
| **Montgomery, AL 36104** | **Atlanta, GA 30345** |

Rodney Newman Caffey