IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS W. CAMPBELL, III,      )
                                   )
          Plaintiff,         )
                                   )
v.                             )     CIVIL ACTION NO. 2:06CV198-VPM
                                   )     [WO]
REGIONS BANK, INC.           )
                                   )
          Defendant.      )

## ORDER ON MOTION

This case is pending on the court's consideration of whether it has jurisdiction to review an arbitrator's judgment dated 5 December 2005 in an action between the plaintiff and the defendants. On 1 March 2006, the plaintiff, THOMAS W. CAMPBELL, III ["Campbell"] filed a Motion to Vacate/Rehearing,[1] challenging the arbitrator's judgment. Previously, Campbell sought relief in the underlying dispute in the Montgomery County Circuit Court (See Doc. # 1), but on 9 November 2004, that court granted the defendant's Motion to Stay and Compel Arbitration by referring the matter to binding arbitration (Doc. # 1).

The defendant, REGIONS BANK, INC. ["Regions"], filed a Motion to Dismiss the action on 8 March 2006 (Doc # 3), and upon reviewing the motion, the court entered an order directing Campbell to show cause, ***inter alia***, why this action should not be dismissed for

---

[1]Although Campbell styled his initial pleading as a "motion", the court has construed it as a complaint. Concomitantly, the court construes Regions' motion to dismiss as a motion to dismiss the complaint and thus this action.

lack of jurisdiction. Campbell failed to allege any basis for federal jurisdiction, relying instead on Alabama statutory law. In his response, filed on 17 March 2006, Campbell moved to withdraw his motion without prejudice.

Upon consideration of Campbell's response, which the court has construed as a Motion to Withdraw the complaint and a consent to dismissal of this action without prejudice, it is ORDERED as follows:

1.  Campbell's Motion to Withdraw without prejudice is GRANTED. The fact that this court grants the motion without prejudice should not be construed as an expression of this court's opinion on whether Campbell may refile his action in this court hereafter. Indeed, the court has grave doubts about its jurisdiction to consider or review any of the issues presented to the arbitrator or the arbitrator's judgment itself.

2.  Regions' Motion to Dismiss the complaint is DENIED as moot. The court declines to order sanctions against Campbell, but Campbell is ADVISED to consider carefully the court's concerns regarding jurisdiction before re-filing an action in this court seeking similar relief. If he does re-file an action, and the court ultimately finds that it lacks jurisdiction or that the action seeks relief that cannot be granted, the court will not hesitate to impose sanctions upon Campbell and his attorney.

3.  This action is hereby DISMISSED without prejudice.

DONE this 22nd day of March, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE